**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA FT. LAUDERDALE DIVISION**

SHERI L. KAVALIN, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

AFNI, INC., an Illinois corporation,

Defendant.

**Case No. 0:15-cv-60143-Bloom/Hunt**

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case was successfully mediated through post mediation efforts. Counsel of record will be forwarding the appropriate dismissal documents in due course.

Please note that the attorneys did an outstanding job of achieving resolution while representing the best interests of their clients.

I appreciate the opportunity to have been of service to the parties, their counsel, and the Court.

Respectfully submitted,

Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished this 11th day of March, 2016, to the following:

John Yanchunis, Esquire
William P. Howard, Esquire
Morgan & Morgan, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
813-223-5505 / 813-222-2434
jyanchunis@forthepeople.com
whoward@forthepeople.com

Andrew T. Thomasson, Esquire
Thomasson Law, LLC
101 Hudson Street, 21st Floor
Jersey City, NJ 07302
201-479-9969 / 855-479-9969
andrew@thomassonllc.com

Daniel A. Edelman, Esquire
Francis R. Greene, Esquire
Edelman Combs Latturner & Goodwin
20 South Clark Street, Suite 1500
Chicago, IL 60603
312-739-4200 / 312-419-0379
dedelman@edcombs.com
fgreene@edcombs.com

Barbara Fernandez, Esquire
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, FL 33134
305-428-5031 / 305-577-1063
bfernandez@hinshawlaw.com

RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622